[No. 23636-9-I. Division One. April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. NEAL RUSSELL BROWN, *Defendant,* DONALD WILLIAM WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03595-1, Robert E. Dixon, J., entered January 27, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 25986-5-I. Division One. April 29, 1991.]

GRACE TRUSCAN, ET AL, *Respondents,* v. JUDY MANARO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-06092-2, Murray McLeod, J. Pro Tem., entered March 16, 1990. *Reversed* by unpublished per curiam opinion.

[No. 10751-5-III. Division Three. April 30, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD DEAN HOFFMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88-1-00466-5, Yancey Reser, J., entered March 6, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 13405-5-II. Division Two. May 2, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LINDSEY GARY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 220700R050, Nile E. Aubrey, J., entered October 26, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.